# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Sean Alan Lathrop, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Leo I. Brisbois |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| vs. | ) | Case No: Civ. No. 10-2361 (DWF/LIB) |
| | ) | Date: February 22, 2012 |
| City of St. Cloud, et al., | ) | Court Reporter: Digital Recording |
| | ) | Courthouse: Duluth |
| Defendants. | ) | Courtroom: 3 |
| | ) | Time Commenced: 10:25 a.m. |
| | | Time Concluded: 4:33 p.m. |
| | | Time in Court: 6 Hours & 08 Minutes |

Hearing on: **Settlement Conference**

APPEARANCES:

    Plaintiff:
    Defendant:

PROCEEDINGS:

X   Settlement reached. Terms stated on the record.

s/Victoria L. Miller
Judicial Assistant
